UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

FILED
11 MAR 15 PM 3:42

CLERK U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY: _____ DEPUTY

UNITED STATES OF AMERICA,

           Plaintiff,

vs.

JOSE RIVERA-SERRANO,

           Defendant.

CASE NO. 11CR299-BTM

**JUDGMENT OF DISMISSAL**

    IT APPEARING that the defendant is now entitled to be discharged for the reason that:

- **X**   an indictment has been filed in another case against the defendant and the Court has granted the motion of the Government for dismissal of this case, without prejudice; or

- ___   the Court has dismissed the case for unnecessary delay; or

- ___   the Court has granted the motion of the Government for dismissal; or

- ___   the Court has granted the motion of the defendant for a judgment of acquittal; or

- ___   a jury has been waived, and the Court has found the defendant not guilty; or

- ___   the jury has returned its verdict, finding the defendant not guilty;

- **X**   of the offense(s) of the Information;

    IT IS THEREFORE ADJUDGED that the defendant is hereby discharged.

DATED: MARCH 15, 2011

_____
WILLIAM V. GALLO
UNITED STATES DISTRICT JUDGE